The People ex rel. Ralph Bottoms, Petitioner-Appellant, v. Elza Brantley, Warden, Illinois State Penitentiary at Menard, Respondent-Appellee.

(No. 72-135; ▮▮▮▮▮▮▮▮▮

Fifth District—March 15, 1974.

PER CURIAM.

CARTER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Herbert J. Lantz, State's Attorney, of Chester, for appellee.